FIRST NATIONAL BANK OF CHICAGO *v.* ROBERT L. MAYNARD, JR., ET AL.

The petition by the plaintiff Inter Bank Savings, FSB, for certification for appeal from the Appellate Court, 75 Conn. App. 355 (AC 22754), is denied.

*David F. Borrino*, in support of the petition.

*Michael W. Sheehan*, in opposition.

Decided April 17, 2003

JOSE L. CRUZ *v.* COMMISSIONER OF CORRECTION

The petitioner Jose L. Cruz's petition for certification for appeal from the Appellate Court, 75 Conn. App. 903 (AC 22969), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*James M. Fox*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 17, 2003